# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-1457
L.T. Case No. 2012-CF-001175-A
_____

RANDY FLETCHER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Citrus County.
Joel D Fritton, Judge.

Randy Fletcher, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie J. Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

October 1, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).


JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____